No. 99–1030. CITY OF INDIANAPOLIS ET AL. *v.* EDMOND ET AL. C. A. 7th Cir. [Certiorari granted, 528 U. S. 1153.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Kansas et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 99–1235. GREEN TREE FINANCIAL CORP.-ALABAMA ET AL. *v.* RANDOLPH. C. A. 11th Cir. [Certiorari granted, 529 U. S. 1052.] Motion of Terry Johnson et al. for leave to file a brief as *amici curiae* granted.

No. 99–1238. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY *v.* BENNETT. C. A. 2d Cir. [Certiorari granted, 529 U. S. 1065.] Motion of Florida for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99–1434. UNITED STATES *v.* MEAD CORP. C. A. Fed. Cir. [Certiorari granted, *ante,* p. 1202.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 99–1680. CITY NEWS & NOVELTY, INC. *v.* CITY OF WAUKESHA. Ct. App. Wis. [Certiorari granted, *ante,* p. 1242.] Motion of the parties to dispense with printing the joint appendix granted.

No. 99–1702. TEXAS *v.* COBB. Ct. Crim. App. Tex. [Certiorari granted, *ante,* p. 1260.] Motion of the parties to dispense with printing the joint appendix granted.